THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x
                                  :

EXXON MOBIL CORPORATION;      :
EXXONMOBIL DEVELOPMENT      :
COMPANY; and EXXONMOBIL OIL   :
CORPORATION                    :
                                  :

         Plaintiffs,       :  **Plaintiffs' Certificate of Interested**
                                  :  **Persons and Disclosure Statement**
   - against -          :
                                  :  Civ. No.  3:17-cv-1930

STEVEN MNUCHIN, in his official capacity as  :
the Secretary of the United States Department of  :
the Treasury; JOHN E. SMITH, in his official  :
capacity as the Director of the United States  :
Department of the Treasury's Office of Foreign  :
Assets Control; and UNITED STATES      :
DEPARTMENT OF THE TREASURY'S     :
OFFICE OF FOREIGN ASSETS CONTROL  :
                                  :
        Defendants.        :
                                  :
                                  :
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

      Plaintiffs Exxon Mobil Corporation, ExxonMobil Development Company, and

ExxonMobil Oil Corporation (collectively, "Plaintiffs") file this Certificate of Interested

Persons and Disclosure Statement and would show as follows:

**Certificate of Interested Persons**

      Pursuant to Local Rules 7.4 and 81.2, Plaintiffs certify that the following is a list

of all persons, associations of persons, firms, partnerships, corporations, guarantors,

insurers, affiliates, parent or subsidiary corporations, or other legal entities that are

financially interested in the outcome of the case:

     1.     Exxon Mobil Corporation

     2.     ExxonMobil Development Company

3.      ExxonMobil Oil Corporation

4.      Steven Mnuchin, in his official capacity as the Secretary of the United States Department of the Treasury

5.      John E. Smith, in his official capacity as the Director of the United States Department of the Treasury's Office of Foreign Assets Control;

6.      The United States Department of the Treasury's Office of Foreign Assets Control

**Disclosure Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.      Exxon Mobil Corporation states that it has no parent corporation and no publicly held corporation owns 10% or more of Exxon Mobil Corporation's stock.

2.      ExxonMobil Development Company states that its parent corporation, Exxon Mobil Corporation, is a publicly held corporation that owns, directly or indirectly, 100% of the voting securities of ExxonMobil Development Company.

3.      ExxonMobil Oil Corporation states that its parent corporation, Exxon Mobil Corporation, is a publicly held corporation that owns, directly or indirectly, 100% of the voting securities of ExxonMobil Oil Corporation.

Dated:   Dallas, Texas
         July 20, 2017


By:   */s/ Shannon Ratliff*
      Shannon Ratliff
      State Bar No. 16573000
      sratliff@ratlifflaw.com
      Davis, Gerald & Cremer
      600 Congress Avenue
      Suite 3100
      Austin, TX 78701-2984
      (512) 493-9600
      Fax: (512) 493-9625

      */s/ Nina Cortell*
      Nina Cortell
      State Bar No. 04844500
      nina.cortell@haynesboone.com
      Haynes & Boone, LLP
      2323 Victory Avenue
      Suite 700
      Dallas, TX 75219
      (214) 651-5579
      Fax: (214) 200-0411

      */s/ Neil H. MacBride*
      Neil H. MacBride
      District of Columbia Bar No. 439137
      neil.macbride@davispolk.com
      Davis Polk & Wardwell LLP
      901 15th St., NW
      Washington, D.C. 20005
      (202) 962-7030
      Fax: (202) 962-7118
      *Application for admission pro hac vice*
      *forthcoming*

*/s/ Antonio J. Perez-Marques*
Antonio J. Perez-Marques
New York Bar No. 4168571
antonio.perez@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Fax: (212) 701-5559
*Application for admission pro hac vice*
*forthcoming*

*/s/ Patrick J. Conlon*
Patrick J. Conlon
Exxon Mobil Corporation
State Bar No. 24054300
patrick.j.conlon@exxonmobil.com
1301 Fannin Street
Houston, TX 77002
(832) 624-6336
*Application for admission pro hac vice*
*forthcoming*

*Attorneys for Exxon Mobil Corporation,*
*ExxonMobil Development Company, and*
*ExxonMobil Oil Corporation*