AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-01930-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



This summons for *(name of individual and title, if any)*   STEVEN MNUCHIN
was received by me on *(date)*   07/20/2017   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* By delivering to Steven Mnuchin, in his official capacity as the Secretary of the United States Department of the Treasury, by delivering to the United States Attorney for the Northern District of Texas, by delivering to its' Authorized Person, SARAH DETTER, at 1100 Commerce Street, 3rd. Floor, Dallas, Texas 75242 at 4:36 P.M. on 07/20/2017

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/21/2017

_____
Server's signature

ERNESTO M. HERRERA    SCH4418-EXP. 11/30/2017
Printed name and title

5470 LYNDON B. JOHNSON FWY.,
DALLAS, TEXAS 75240

Server's address

Additional information regarding attempted service, etc:

Case 3:17-cv-01930-B   Document 9   Filed 07/24/17   Page 2 of 6   PageID 72
Case 3:17-cv-01930-B   Document 4   Filed 07/20/17   Page 3 of 18   PageID 45

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Exxon Mobil Corporation, et al <br> *Plaintiff* <br> v. <br> Steven Mnuchin, et al <br> *Defendant* | ) ) ) ) ) ) ) ) |

Civil Action No. 3:17-cv-01930-B

## Summons in a Civil Action

**TO:** Steven Mnuchin, in his official capacity as the Secretary of the United States Department of the Treasury

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;
or
(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 1100 Commerce, 3rd Floor, Dallas, TX 75242-1699)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nina Cortell
2323 Victory Ave
Suite 700
Dallas, TX 75219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 07/20/2017

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-01930-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



2017 JUL 24 AM 11: 10

This summons for *(name of individual and title, if any)* JOHN E. SMITH

was received by me on *(date)* 07/20/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: By delivering to John E. Smith, in his official capacity as the Director of the United States Department of the Treasury's Office of Foreign Assets Control, by delivering to the United States Attorney for the Northern District of Texas, by delivering to its' Authorized Person, SARAH DETTER, at 1100 Commerce Street, 3rd. Floor, Dallas, Texas 75242 *****

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/21/2017

*Server's signature*

ERNESTO M. HERRERA    SCH4418-EXP. 11/30/2017
*Printed name and title*

5470 LYNDON B. JOHNSON FWY.,
DALLAS, TEXAS 75240

*Server's address*

Additional information regarding attempted service, etc:
*****at 4:36 P.M. on 07/20/2017

Case 3:17-cv-01930-B   Document 9   Filed 07/24/17   Page 4 of 6   PageID 74
Case 3:17-cv-01930-B   Document 4   Filed 07/20/17   Page 9 of 18   PageID 51

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Exxon Mobil Corporation, et al <br> *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 3:17-cv-01930-B |
| Steven Mnuchin, et al <br> *Defendant* | ) ) ) | |

### Summons in a Civil Action

**TO:** John E. Smith, in his official capacity as the Director of the United States Department of the Treasurys Office of Foreign Assets Control

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;
or
(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 1100 Commerce, 3rd Floor,Dallas, TX 75242-1699)

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Nina Cortell
   2323 Victory Ave
   Suite 700
   Dallas , TX 75219

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 07/20/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-01930-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



2017 JUL 24 AM 11: 10

This summons for *(name of individual and title, if any)* United States Dpt. of Treasury's Office of Foreign Assets Control

was received by me on *(date)* 07/20/2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: By delivering to the United States Department of Treasury's Office of Foreign Assets Control, by delivering to the United States Attorney for the Northern District of Texas, by delivering to its' Authorized Person, SARAH DETTER, at 1100 Commerce Street, 3rd. Floor, Dallas, Texas 75242 at 4:36 P.M. on 07/20/2017

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/21/2017

*Server's signature*

ERNESTO M. HERRERA   SCH4418-EXP. 11/30/2017
*Printed name and title*

5470 LYNDON B. JOHNSON FWY.,
DALLAS, TEXAS 75240

*Server's address*

Additional information regarding attempted service, etc:

Case 3:17-cv-01930-B   Document 9   Filed 07/24/17   Page 6 of 6   PageID 76
Case 3:17-cv-01930-B   Document 4   Filed 07/20/17   Page 15 of 18   PageID 57
AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Exxon Mobil Corporation, et al<br>*Plaintiff*<br>v.<br>Steven Mnuchin, et al<br>*Defendant* | )<br>)<br>)  Civil Action No. 3:17-cv-01930-B<br>)<br>)<br>)<br>) |

## Summons in a Civil Action

**TO:** United States Department of Treasury's Office of Foreign Assets Control

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;
or
(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 1100 Commerce, 3rd Floor, Dallas, TX 75242-1699)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nina Cortell
2323 Victory Ave
Suite 700
Dallas, TX 75219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 07/20/2017

*Signature of Clerk or Deputy Clerk*