Civil Action No. 3:17-cv-01930-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
2017 AUG -8 AM 10: 24
DEPUTY CLERK

This summons for *(name of individual and title, if any)* JOHN E. SMITH
was received by me on *(date)* 07/21/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* DELIVERED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED TO JOHN E. SMITH, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE UNITED STATES DEPARTMENT OF THE TREASURYS OFFICE OF FOREIGN ASSETS CONTROL C/O OF THE ATTORNEY GENERAL OF THE UNITED STATES AT 950 PENNSYLVANIA ***

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/07/2017

*Server's signature*

CHARITY N. COLEMAN PROCESS SERVER, SCH2761
*Printed name and title*

5470 LYNDON B. JOHNSON FREEWAY
DALLAS, TEXAS 75240

*Server's address*

Additional information regarding attempted service, etc:

*** AVENUE, NW, RM 1111, WASHINGTON, D.C. 20530 ON 07/31/2017. U.S.P.S. FORM 3811 SIGNED BY EMILY SASE IS ATTACHED TO THIS FORM.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Northern District of Texas

| Exxon Mobil Corporation, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:17-cv-01930-B |
| | ) |
| Steven Mnuchin, et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** John E. Smith, in his official capacity as the Director of the United States Department of the Treasurys Office of Foreign Assets Control

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nina Cortell
2323 Victory Ave
Suite 700
Dallas , TX 75219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 07/20/2017

*Signature of Clerk or Deputy Clerk*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JOHN E. SMITH, DIRECTOR OF THE UNITED STATES DEPARTMENT OF THE TREASURY'S OFFICE OF FOREIGN ASSET CONTROL C/O ATTORNEY GENERAL OF THE UNITED STATES 950 PENNSYLVANIA AVENUE NW, RM 1111 WASHINGTON, D.C. 20530-0001

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   9590 9401 0166 5234 8333 98

2. Article Number (Transfer from service label)

   7012 2210 0001 0662 0372

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JUL 31 2017

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) JUL 3 1 2017  C. Date of Delivery |
| 1. Article Addressed to:<br>JOHN E. SMITH, DIRECTOR OF THE UNITED STATES DEPARTMENT OF THE TREASURY'S OFFICE OF FOREIGN ASSET CONTROL C/O ATTORNEY GENERAL OF THE UNITED STATES 950 PENNSYLVANIA AVE NW RM 1111 WASHINGTON DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9401 0166 5234 8333 98 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7012 2210 0001 0662 0372 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053  2020295    Domestic Return Receipt