# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION; EXXONMOBIL DEVELOPMENT COMPANY; and EXXONMOBIL OIL CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury; JOHN E. SMITH, in his official capacity as the Director of the U.S. Department of the Treasury's Office of Foreign Assets Control; and the U.S. DEPARTMENT OF THE TREASURY'S OFFICE OF FOREIGN ASSETS CONTROL,<br><br>　　　　Defendants. | Action No. 3:17-cv-1930-B<br>The Honorable Jane Boyle |

## CERTIFICATE OF INTERESTED PERSONS

This is to certify that other than the parties to this case, the undersigned is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

DATED: September 18, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director,
Federal Programs Branch

>*s/ Nathan M. Swinton*
>NATHAN M. SWINTON
>Senior Trial Counsel
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, NW
>Washington, DC 20530
>Tel: (202) 305-7667
>Fax: (202) 616-8470
>Email:  Nathan.M.Swinton@usdoj.gov
>
>Attorneys for Defendants

**Certificate of Service**

On September 18, 2017, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                s/ *Nathan M. Swinton*
                                                Nathan M. Swinton
                                                Senior Trial Counsel