UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION; EXXONMOBIL DEVELOPMENT COMPANY; and EXXONMOBIL OIL CORPORATION,<br>    Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury; JOHN E. SMITH, in his official capacity as the Director of the U.S. Department of the Treasury's Office of Foreign Assets Control; and the U.S. DEPARTMENT OF THE TREASURY'S OFFICE OF FOREIGN ASSETS CONTROL,<br>    Defendants. | Action No. 3:17-cv-1930-B<br>The Honorable Jane J. Boyle |

## SCHEDULING ORDER

The Court, having considered the Joint Report Regarding Contents of Status Report Order submitted by the parties on October 31, 2017, finds that the following schedule should govern the disposition of this case:

Unless otherwise ordered or specified herein, and to the extent they are applicable, all limitations and requirements of the Federal Rules of Civil Procedure and the local rules of this Court must be observed.

1. **Certification of the Administrative Record**: By **November 17, 2017**, Defendants shall certify the Administrative Record and file the index and certification with the Court; on this same day, Defendants shall also provide a copy of the Administrative Record to Plaintiffs. After the Administrative Record is provided to Plaintiffs, the parties, if necessary, shall confer further regarding the necessity of a privilege log and propose any additional briefing at that time.

2.   **Joinder of Parties or Amendment of Pleadings and Lodging of Administrative Record with Court**: By **January 5, 2018**, all motions for leave to join additional parties or amend pleadings shall be filed. If there are no amendments or joinders, Defendants shall lodge the Administrative Record with the Court (to be compiled in consecutively numbered, "appendix" form, so that all later motions and briefs may uniformly cite to this common source), under seal as appropriate. If there are amendments or joinders, the parties shall promptly meet and confer regarding a new schedule.

3.   **Plaintiffs' Motion for Summary Judgment**: By **February 2, 2018**, Plaintiffs shall file any motion for summary judgment.

4.   **Defendants' Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion**: By **March 2, 2018**, Defendants shall file any consolidated cross-motion for summary judgment and any response to Plaintiffs' motion for summary judgment.

5.   **Plaintiffs' Consolidated Reply in Support of Their Motion and Response to Defendants' Cross-Motion**: By **April 2, 2018**, Plaintiffs shall file any consolidated reply in support of their motion for summary judgment and response to Defendants' cross-motion for summary judgment.

6.   **Defendants' Reply in Support of Their Motion**: By **April 16, 2018**, Defendants shall file any reply in support of their cross-motion for summary judgment.

7.   **Modification of Scheduling Order**: This Order shall control the disposition of this case unless it is modified by the Court. To date, the parties have been unable to resolve a dispute regarding production of a privilege log by Defendants in this matter, which may require intervention by the Court. In the event motions are required to resolve this or any other pre-

summary judgment dispute, the parties shall submit a new proposed scheduling order to be considered by the Court.

SO ORDERED.

SIGNED: November 9, 2017.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE