UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION; EXXONMOBIL DEVELOPMENT COMPANY; and EXXONMOBIL OIL CORPORATION,<br><br>                 Plaintiffs,<br><br>    - against -<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the United States Department of the Treasury; JOHN E. SMITH, in his official capacity as the Director of the United States Department of the Treasury's Office of Foreign Assets Control; and UNITED STATES DEPARTMENT OF THE TREASURY'S OFFICE OF FOREIGN ASSETS CONTROL,<br><br>                 Defendants. | Civ. No. 3:17-cv-1930<br>The Honorable Jane Boyle<br>Magistrate Judge Renee Harris Toliver |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD**

Plaintiffs Exxon Mobil Corporation, ExxonMobil Development Company, and ExxonMobil Oil Corporation file this Notice of Supplemental Authority to alert the Court to a recent decision in *Regents of the University of California v. U.S. Department of Homeland Security*, Nos. C 17-05211, -05235, -05329, -05380, and -05813 (N.D. Cal.), a case cited by Plaintiffs in their Memorandum of Law in Support of their Motion to Compel Completion of the Administrative Record.  *See* ECF 24 at 15-16.  On remand, following a December 20, 2017 order from the U.S. Supreme Court vacating an order of the U.S. Circuit Court of Appeals for the Ninth Circuit that denied defendants' petition for a writ of mandamus, District Judge William Alsup of the U.S. District Court for the Northern District of California issued an order on March

8, 2018, reaffirming the court's prior order of October 17, 2017 that required the government to produce certain categories of materials as part of the administrative record and provide a log identifying any documents withheld on privilege grounds. *See* Renewed Order to Complete the Administrative Record at 8, 10, *Regents of the Univ. of Cal. v. U.S. Dep't of Homeland Security*, Nos. C 17-05211, -05235, -05329, -05380, and -05813 (N.D. Cal. Mar. 8, 2018), ECF 266, attached hereto as Exhibit A. In accordance with the Supreme Court's observation that defendants had raised concerns about the breadth of portions of the October 17 order, the district court narrowed a subset of the materials it had previously required the government to produce, *see id.* at 2, 8, and restated that the government must produce all remaining materials addressed in its prior order and provide a privilege log with respect to any documents withheld on privilege grounds.

Dated: Dallas, Texas
       March 15, 2018

By: /s/ Nina Cortell
Nina Cortell
State Bar No. 04844500
nina.cortell@haynesboone.com
Haynes & Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219
(214) 651-5579
Fax: (214) 200-0411

Shannon Ratliff
State Bar No. 16573000
shratliff@dgclaw.com
Davis, Gerald & Cremer
600 Congress Avenue
Suite 3100
Austin, TX 78701-2984
(512) 493-9600
Fax: (512) 493-9625

Neil H. MacBride
District of Columbia Bar No. 439137
neil.macbride@davispolk.com
Davis Polk & Wardwell LLP
901 15th St., NW
Washington, D.C. 20005
(202) 962-7030
Fax: (202) 962-7118
*Admitted pro hac vice*

Antonio J. Perez-Marques
New York Bar No. 4168571
antonio.perez@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Fax: (212) 701-5559
*Admitted pro hac vice*

                Patrick J. Conlon
                Exxon Mobil Corporation
                State Bar No. 24054300
                patrick.j.conlon@exxonmobil.com
                1301 Fannin Street
                Houston, TX 77002
                (832) 624-6336
                *Admitted pro hac vice*

                *Attorneys for Exxon Mobil Corporation,*
                *ExxonMobil Development Company, and*
                *ExxonMobil Oil Corporation*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of March 2018, a true and correct copy of the foregoing document was filed electronically via the CM/ECF system, which gave notice to all counsel of record pursuant to Local Rule 5.1(d).

/s/ Nina Cortell
Nina Cortell
