# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION; EXXONMOBIL DEVELOPMENT COMPANY; and EXXONMOBIL OIL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury; ANDREA M. GACKI, in her official capacity as the Director of the U.S. Department of the Treasury's Office of Foreign Assets Control; and the U.S. DEPARTMENT OF THE TREASURY'S OFFICE OF FOREIGN ASSETS CONTROL,<br><br>Defendants. | Action No. 3:17-cv-1930-B<br>The Honorable Jane Boyle<br>Magistrate Judge Renee Harris Toliver |

## DEFENDANTS' RESPONSE TO
## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants Steven Mnuchin, Andrea M. Gacki, and the U.S. Department of the Treasury's Office of Foreign Assets Control hereby oppose Plaintiffs' Motion for Summary Judgment (ECF No. 89). Pursuant to Local Civil Rule 56.4(b), each of the matters required by Local Civil Rule 56.4(a) is set forth in the Defendants' accompanying brief. For the reasons given therein, Defendants request that Plaintiffs' Motion for Summary Judgment be denied in its entirety.

DATED: September 16, 2019

                                                                Respectfully submitted,

                                                                JOSEPH H. HUNT
                                                                Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director,
Federal Programs Branch

*s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
D.C. Bar No. 1019782
NICHOLAS P. CARTIER
D.C. Bar No. 495850
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
Email:  Leslie.Vigen@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On September 16, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the Northern District of Texas using the electronic case filing system of that court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

>	s/ *Leslie Cooper Vigen*
>	LESLIE COOPER VIGEN
>	Trial Attorney