UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION; EXXONMOBIL DEVELOPMENT COMPANY; and EXXONMOBIL OIL CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the United States Department of the Treasury; ANDREA M. GACKI, in her official capacity as the Director of the United States Department of the Treasury's Office of Foreign Assets Control; and UNITED STATES DEPARTMENT OF THE TREASURY'S OFFICE OF FOREIGN ASSETS CONTROL,<br><br>Defendants. | No. 3:17-cv-1930<br>The Honorable Jane Boyle |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON THEIR MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rules I.I and II.F of this Court's procedures, Plaintiffs Exxon Mobil Corporation, ExxonMobil Development Company, and ExxonMobil Oil Corporation (collectively, "ExxonMobil") respectfully submit this request for an oral argument on Plaintiffs' Motion for Summary Judgment (Dkt. No. 89) and Defendants' Cross-Motion for Summary Judgment (Dkt. No. 95).

ExxonMobil has conferred with opposing counsel regarding proposed oral argument dates. All parties are available on January 7 and January 8, 2020. Further, the parties wish to notify the Court that counsel for Defendants, Leslie Cooper Vigen, is subject to upcoming medical travel

restrictions and will not be available for oral argument for an extended period after January 22, 2020.

Dated: November 20, 2019

/s/ Nina Cortell

Shannon Ratliff
State Bar No. 16573000
sratliff@ratlifflaw.com
Davis, Gerald & Cremer
600 Congress Avenue, Suite 3100
Austin, TX 78701
(512) 493-9600
Fax: (512) 493-9625

Nina Cortell
State Bar No. 04844500
nina.cortell@haynesboone.com
Haynes & Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
(214) 651-5579
Fax: (214) 200-0411

Neil H. MacBride
District of Columbia Bar No. 439137
neil.macbride@davispolk.com
Davis Polk & Wardwell LLP
901 15th Street, N.W.
Washington, DC 20005
(202) 962-7030
Fax: (202) 962-7118
*Admitted pro hac vice*

Antonio J. Perez-Marques
New York Bar No. 4168571
antonio.perez@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4559
Fax: (212) 701-5559
*Admitted pro hac vice*

Kannon K. Shanmugam
District of Columbia Bar No. 474304
kshanmugam@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300
Fax: (202) 204-7397
*Admitted pro hac vice*

Patrick J. Conlon
Exxon Mobil Corporation
State Bar No. 24054300
patrick.j.conlon@exxonmobil.com
22777 Springwoods Village Parkway
Spring, TX 77389
(832) 624-6336
*Admitted pro hac vice*

*Attorneys for Exxon Mobil Corporation,
ExxonMobil Development Company, and
ExxonMobil Oil Corporation*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 20th day of November 2019, a true and correct copy of the foregoing document was filed electronically via the CM/ECF system, which gave notice to all counsel of record pursuant to Local Rule 5.1(d).

*/s/ Nina Cortell*
