UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION; EXXONMOBIL DEVELOPMENT COMPANY; and EXXONMOBIL OIL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury; ANDREA M. GACKI, in her official capacity as the Acting Director of the United States Department of the Treasury's Office of Foreign Assets Control; and the U.S. DEPARTMENT OF THE TREASURY'S OFFICE OF FOREIGN ASSETS CONTROL,<br><br>Defendants. | Action No. 3:17-cv-1930-B<br>The Honorable Jane Boyle<br>Magistrate Judge Renee Harris Toliver |

**FINAL JUDGMENT**

This Judgment is issued pursuant to FED. R. CIV. P. 58(a).

In accord with the Court's Memorandum Opinion and Order (Doc. 110), it is ORDERED, ADJUDGED and DECREED that:

1.  Plaintiffs' Motion for Summary Judgment (Doc. 92) is **GRANTED** and Defendants' Cross-Motion for Summary Judgment (Doc. 95) is **DENIED**.

2.  The Court declares that the U.S. Department of the Treasury's Office of Foreign Assets Control's July 20, 2017 Penalty Notice to Plaintiffs (the "Penalty Notice") violates the Due Process Clause of the Fifth Amendment. The Court thus **VACATES** the Penalty Notice.

3. This is a **FINAL JUDGMENT**. The Clerk of the Court is directed to **CLOSE** this case.

SIGNED: February 3, 2020.

_____
Jane J. Boyle
United States District Judge